**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| WANDA C. PIETKIEWICZ | : | No. 766 MAL 2016 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |
| ALVIN KANOFSKY AND CITY OF | : | |
| BETHLEHEM | : | |
| | : | |
| | : | |
| PETITION OF:  ALVIN KANOFSKY | : | |

## ORDER

**PER CURIAM**

AND NOW, this 2nd day of May, 2017, the Petition for Allowance of Appeal is

**DENIED**.